UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ-VALLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA CITY CORRECTIONAL FACILITY,<br><br>　　　　　Defendant.<br>_____/ | 1:13-cv-00338-AWI-GSA (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. 10.)<br><br>　　　　　and<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY GILES W. DALBY CORRECTIONAL FACILITY |

　　　　Plaintiff is a federal prisoner proceeding pro se with this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971) and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Warden of the Giles W. Dalby Correctional Facility is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

　　　　In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's application to proceed in forma pauperis is GRANTED;

**2.  The Warden of the Giles W. Dalby Correctional Facility or his/her designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Warden of the Giles W. Dalby Correctional Facility located at 805 North Avenue F, Post, Texas, 79356; and

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

Dated:   April 11, 2013              /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE