UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANTONIO LOPEZ-VALLE,

        Plaintiff,

    v.

CALIFORNIA CITY CORRECTIONAL
FACILITY,

        Defendant.

_____/

1:13-cv-00338-AWI-GSA (PC)

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS
(Doc. 10.)

and

ORDER DIRECTING PAYMENT
OF INMATE FILING FEE BY GILES W.
DALBY CORRECTIONAL FACILITY

Plaintiff is a federal prisoner proceeding pro se with this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971) and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Warden of the Giles W. Dalby Correctional Facility is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

    1.    Plaintiff's application to proceed in forma pauperis is GRANTED;

-1-

1    **2.  The Warden of the Giles W. Dalby Correctional Facility or his/her designee shall**

2    **collect payments from plaintiff's prison trust account in an amount equal to twenty per cent**

3    **(20%) of the preceding month's income credited to the prisoner's trust account and shall**

4    **forward those payments to the Clerk of the Court each time the amount in the account exceeds**

5    **$10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected**

6    **and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name**

7    **and number assigned to this action.**

8    3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in

9    forma pauperis application on the Warden of the Giles W. Dalby Correctional Facility located at 805

10   North Avenue F, Post, Texas, 79356; and

11   4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

12   Department, U.S. District Court, Eastern District of California, Fresno Division.

13   IT IS SO ORDERED.

14   **Dated:   April 11, 2013**          _____/s/ **Gary S. Austin**_____
                                           UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28