UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ-VALLE,<br><br>                Plaintiff,<br><br>        vs.<br><br>CALIF. CITY CORR. FAC.,<br><br>                Defendant. | 1:13-cv-00338-AWI-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 13.)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(g)<br><br>ORDER FOR CLERK TO CLOSE CASE |

      Antonio Lopez-Valle ("Plaintiff") is a federal prisoner proceeding pro se in this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On April 24, 2015, findings and recommendations were entered, recommending that this action be dismissed based on Plaintiff's failure to state a claim upon which relief may be granted under §1983. (Doc. 13.) Plaintiff was permitted twenty days in which to file

objections to the findings and recommendations.  The twenty-day time period has expired, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 24, 2015, are adopted in full;

2. This action is dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983;

3. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g).  Silva v. Vittorio, 658 F.3d 1090, 1098 (9th Cir. 2011); and

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 24, 2015

_____
SENIOR  DISTRICT  JUDGE

---

[1] The United States Postal Service returned the order on May 12, 2015 as undeliverable.  A notation on the envelope indicates "undeliverable, RTS."  However, Plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  Local Rule 182(f).